# United States District Court

FOR THE JUDICIAL **DISTRICT OF** PUERTO RICO

| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
|---|---|
| v. | CASE NUMBER: 05-602(M) |// 
**MIGUEL LESPIER VELAZQUEZ**
**aka MIGUELO aka PELU,**

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief that

**SEALED**

### COUNT ONE

on or about February 3, 2005, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**MIGUEL LESPIER VELAZQUEZ**
**aka MIGUELO aka PELU,**

the defendant herein, did knowingly and intentionally posses with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

I further state that I am Victor Iglesias, Special Agent with the Drug Enforcement Administration; and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT WHICH IS HEREBY INCORPORATED AND MADE PART OF THIS COMPLAINT**

Continued on the attached sheet and made a part hereof: **X** Yes __ No

_____
Signature of Complainant

COMPLAINT AUTHORIZED BY AUSA DINA AVILA-JIMENEZ    **DEFENDANT TO BE DETAINED PENDING TRIAL**

Sworn to before me and subscribed in my presence,

December 29, 2005                    at    Hato Rey, Puerto Rico
Date                                          City and State

_____            _____
Name & Title of Judicial Officer              Signature of Judicial Officer