# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>MIGUEL A . LESPIER-VELAZQUEZ<br><br>Defendant | JANUARY 31, 2006<br><br>CR. 05-602 M |

## ORDER

PRELIMINARY AND BAIL HEARING as to the aforementioned defendant is RESET for February 02, 2006 at 2:00 p.m..

                                                GUSTAVO A. GELPI
                                                U.S. MAGISTRATE JUDGE

                                                <u>S/ Carlos J. Rodríguez</u>
                                                Deputy Clerk